# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON DONALD BOLDUC, | : | Civil No. 1:24-CV-00892 |
| Petitioner, | : | |
| v. | : | |
| M. ARVIZA, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                          s/Jennifer P. Wilson
                                          JENNIFER P. WILSON
                                          United States District Judge
                                          Middle District of Pennsylvania